Ruby R. Kak and Eleanor Gurganus, Appellants, v. Armond Brescia and L. J. Laydon, Appellees.

Gen. No. 43,961.

opinion filed February 17, 1948; released for publication March 9, 1948. Smietanka, Nowak & Garrigan, for appellants; Joseph G. Smietanka, of counsel; Michael J. Thuma, for appellees; E. Douglas Schwantes, of counsel. Opinion by PRESIDING JUSTICE FRIEND. **Not to be published in full.**